IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-11154
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RONALD C. RYAN,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:94-CR-365-R
- - - - - - - - - -
June 17, 1997
Before SMITH, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:*

Court-appointed appellate counsel for Ronald C. Ryan has

filed a brief as required by Anders v. California, 386 U.S. 738

(1967). Our independent review of the brief and record discloses

no nonfrivolous issue. Accordingly, counsel is excused from

further responsibilities herein and the APPEAL IS DISMISSED. See

5th Cir. R. 42.2.

_____

* Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.